NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESLEY SINCLAIR RICKS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1449

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00626-TMD, Judge Thompson M. Dietz.

---

## O R D E R

Upon consideration of this court's April 11, 2023, and June 1, 2023, orders, and Wesley Sinclair Ricks' failure to submit the court's filing fee,

IT IS ORDERED THAT:

The appeal is dismissed for failure to prosecute. All pending motions are denied as moot.

FOR THE COURT

July 10, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court